**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

G & G CLOSED-CIRCUIT EVENTS, LLC,

                     Plaintiff,

     v.                                          No. 1:12-CV-1630
                                                        (CFH)

THE CASK AND RASHER INC. et al,

                     Defendant.
-------------------------------------------------------------

### JUDGMENT DISMISSING ACTION BASED UPON SETTLEMENT

The parties have entered into an agreement in settlement of all claims in this action which they anticipate they will finalize shortly, following which this action will be discontinued with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon the settlement, I find that it is not necessary for this action to remain on the Court's active docket.

Wherefore, it is hereby **ORDERED**:

1. This action is **DISMISSED, with prejudice**, except as set forth below:

2. The Court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is required.

3. The Court shall serve copies of this judgment upon the parties by their attorneys.

**IT IS SO ORDERED**.

Dated: April 17, 2013
        Albany, New York

                                     Christian F. Hummel
                                     U.S. Magistrate Judge